# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 20 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Cynthia Denise Lewis ) | 1:12-cr-00263-LJO-SKO-1 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Cynthia Denise Lewis_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following conditions: **The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer. Additionally, you shall pay for all or part of the costs of said program as determined by the pretrial services officer.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9/10/12 _____ 9/10/12
Signature of Defendant         Date    Pretrial Services Officer         Date
Cynthia Lewis                          Dan Stark

I have reviewed the conditions and concur that this modification is appropriate.

_____                                          9/19/12
Signature of Assistant United States Attorney                           Date
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          9-18-12
Signature of Defense Counsel                                            Date
Karen L. Lynch

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____.
[ ] The above modification of conditions of release is *not* ordered.

_____                                          9/20/12
Signature of Judicial Officer                                           Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services